UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**LARRY RHEINLAENDER,**
    *Plaintiff*,

v.                                                       Case No. SA-21-CV-00125-JKP

**WAL-MART STORES TEXAS, LLC,**
**et al.,**
    *Defendants*.

## O R D E R

Based upon the *Joint Stipulation of Dismissal with Prejudice* (ECF No. 11), this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). When plaintiffs satisfy the requirements of Rule 41(a)(1)(A), the case may be voluntarily dismissed without a court order. Because Plaintiffs have filed a stipulation of dismissal signed by all parties, they have complied with Rule 41(a)(1)(A)(ii) and there is no need for a court order of dismissal. The parties, nevertheless, move the Court to dismiss the matter and request the entry of an order of dismissal.

The proper procedure for obtaining a court ordered dismissal is to file a motion to dismiss under Fed. R. Civ. P. 41(a)(2), not a notice of dismissal under Rule 41(a)(1)(A)(i) or a stipulation of dismissal under Rule 41(a)(1)(A)(ii). Although Plaintiffs have complied with the procedure for obtaining a dismissal without court order, the parties jointly request that the Court issue a formal order of dismissal. Even though such an order is unnecessary under the Federal Rules of Civil Procedure, the Court issues this order. Pursuant to the *Joint Stipulation of Dismissal with Prejudice* filed by the parties, the Court dismisses all claims made in this action with prejudice, with each party to bear its own costs. **The Clerk of Court is directed to close this case**.

**It is so ORDERED this 18th day of May 2021.**

_____
**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**